IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                                Criminal No. 6:11CR60013-001

JAMES A. WHITTEN,
        Defendant.

## **FINAL ORDER OF FORFEITURE**

On July 20, 2012, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc.18). In the Preliminary Order of Forfeiture, the following assets were forfeited to the United States: Taurus, .38 special revolver, serial number SG48359; Interarms 9mm, serial number 1886931, and any ammunition, pursuant to 18 U.S.C. §§ 924(d) and 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On September 11, 2012, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on July 20, 2012, shall become final at this time.

IT IS SO ORDERED this 19th day of November, 2012

/s/ R. T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 21 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk